IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFREY LEE BOEN
ADC #140867                                                                                      PLAINTIFF

VS.                         CASE NO.: 5:09CV00072 BSM/BD

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                        DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE